```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :    S1 25cr41-2(DLC)
              -v-                    :
                                     :        ORDER
EFERSON MORILLO-GOMEZ,               :
                                     :
                      Defendant.     :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to address the defendant's request for a change of counsel is scheduled for July 29, 2025 at 10:30 AM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         July 25, 2025

                                           _____
                                                DENISE COTE
                                      United States District Judge