UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    25cr41-2(DLC)
                                          :
            -v-                           :    ORDER
                                          :
EFFERSON MORILLO-GOMEZ,                   :
                                          :
                  Defendant.              :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   As set forth on the record at the conference held on July 29, 2025, it is hereby

   ORDERED that CJA counsel Joan Loughnane is relieved as counsel in this matter and on-duty C.J.A. counsel Gary Kaufman is appointed to represent the defendant.

Dated:    New York, New York
          July 29, 2025

                                  _____
                                        DENISE COTE
                                  United States District Judge