UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

**EX PARTE ORDER**

25 Cr. 41 (DLC)

-against-

EFERSON MORILLO-GOMEZ,

               Defendant

---

Upon the application of defendant, EFERSON MORILLO-GOMEZ, through his counsel, Gary M. Kaufman, Esq., and upon all proceedings previously herein, it is apparent that defendant, EFERSON MORILLO-GOMEZ is financially unable to pay the expense of retaining the services of an Associate Counsel; it is hereby:

ORDERED that pursuant to 18 U.S.C. 3006(A) (the Criminal Justice Act), that Nicholas T. Hine, Esq., is appointed *to perform up to 80 hours of work* in the above captioned action as Associate Counsel, pursuant to the Criminal Justice Act Mentoring Program, to assist in the representation of defendant EFERSON MORILLO-GOMEZ. As such Nicholas T. Hine, Esq. will be compensated in accordance with the Criminal Justice Act at the rate of $103.00 per hour after providing 15 *pro bono* hours of service in the case.

Dated: New York, New York
      August 14, 2025

                                            _____
                                            THE HONORABLE DENISE L. COTE
                                            United States District Judge