UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

EFERSON MORILLO-GOMEZ,

Defendant.

S4 25cr41-2(DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing scheduled for September 23 in this matter is moved to **October 2, 2026 at 2:00 PM** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that defendant's sentencing submissions are now due on September 18, with the Government's due September 25, 2026.

Dated: New York, New York
July 21, 2026

DENISE COTE
United States District Judge